IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENE DAVENPORT, | No. C 13-00662 YGR (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| WARDEN GUILLERMO GARCIA, | |
| Defendant. / | |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. She also seeks leave to proceed *in forma pauperis*.

The acts complained of occurred at the California Institute for Women, which is located in the Eastern Division of the Central District of California, and it appears that Defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Eastern Division of the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: 3/19/13

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.13\Davenport0662.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROSENE DAVENPORT,

        Plaintiff,

  v.

/ et al,

        Defendant.

Case Number: CV13-00662 YGR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosene Davenport W-75255
WB 903L
California Institution for Women (CIW)
P.O. Box 8100
Corona, CA 92878-8100

Dated: March 19, 2013

                                    Richard W. Wieking, Clerk
                                    By: Lisa Clark, Deputy Clerk